AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 10 2026

MITCHELL R. ELFERS
CLERK OF COURT

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Residence and all outlying buildings located on the property at 1105 Post Ave, Alamogordo, NM 88310

Case No. 26-56 MR

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Residence and all outlying buildings located on the property at 1105 Post Ave, Alamogordo, NM 88310, more fully described in Attachment A, which is attached and incorporated herein.

located in the _____ District of _____ New Mexico _____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, attached and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922 (g)(1) | Possession of a Firearm by a Convicted Felon |
| 18 U.S.C. 922 (u) | Theft of a Firearm From a Federal Firearm Licensee |

The application is based on these facts:
See Affidavit in Attachment C, attached and incorporated herein

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Matthew Ross*
Applicant's signature

Special Agent Matthew Ross
Printed name and title

Sworn to before me and signed in my presence.

Date: 10 Jan 2026

*Damian L Martinez*
Judge's signature

City and state: Las Cruces, NM

Damian Martinez, United States Magistrate Judge
Printed name and title

## ATTACHMENT A

## PREMISES TO BE SEARCHED

Premises to be searched: 1105 Post Ave, Alamogordo, NM 88310



## ATTACHMENT B

- All Firearms
- Firearms Parts, Manufacturing Tools, & All Firearms Accessories
- Ammunition and Components
- Safes and lockers within the premises
- Documents evidencing firearms acquisitions such as:
    - Receipts
    - Pawn slips
    - Gun show advertisements
- Photographs of firearms
- Publications, newsletters, or other documents containing information relating to manufacturing firearms, machine guns and/or silencers.
- Publications, documents, or literature containing Federal or State Firearms Laws or Regulations
- Documents reflecting financial transactions for firearms including but not limited to:
    - Check registers, canceled checks, money orders, bank checks.
    - Credit card and bank statements
    - Other documents evidencing payments for firearms.

## ATTACHMENT C

AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Matthew Ross, am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since January 2025. Prior to ATF, I was employed by United States Customs and Border Protection as a Customs Officer. As part of the training to become an ATF Special Agent, I attended six months of specialized training sponsored by the Federal Law Enforcement Training Center in Glynco, Georgia. As a result of this training, I have been certified as a federal investigator and have received specific training involving violations of federal laws. I am currently assigned to the El Paso, Texas Field Office.

I make the following affidavit in support of a search warrant on the property of 1105 Post Ave. Alamogordo, New Mexico 88310 ("Subject Premise") and Nissan Altima in regards to the theft of firearms from a Federal Firearms Licensee (FFL) and possession of firearms by a convicted felon.

I make this affidavit based off personal experience in this investigation, the experiences of other Federal Agents, Alamogordo Police Department Officers, and information provided by a federal firearms licensee and their representatives.

ATF SAs observed the following on surveillance video provided by the business. At approximately 4pm on January 9, 2026, at Bennys Pawn Shop an established Federal Firearms Licensee located on the 10000 Block of Gateway, in the Western District of Texas, Shawn CAMU walked into the pawn shop attempting to pawn some items. After the pawn shop employees told him he would need to provide identification, CAMU left the store. A short time after, CAMU called the pawn shop and said he left some personal belongings there and would return to retrieve them later that day. At approximately 6pm, CAMU returned to retrieve his items. Pawn shop employees asked CAMU if he needed help with anything, and he said no. CAMU walked around the store going back and forth to look at firearms inside of the display case. CAMU was observed trying to open the glass display case, when he could not open the case, CAMU retrieved a spatula from elsewhere in the pawn shop. CAMU used that spatula to pry the glass display case open. Once CAMU was able to reach his hand inside of the case, he reached inside and grabbed one firearm and put it into his jacket pocket. CAMU walked away from the display case, and when he returned, he reached his hand into the display case and grabbed another firearm and put it into his jacket pocket. CAMU was observed leaving the pawn shop and entering a Nissan Altima bearing New Mexico license plates ADPA99.

Employees of Bennys Pawn shop noticed two firearms were missing and reported the missing firearms to their loss prevention team. Employees sent an internal lookout to the rest of their stores. An employee of another Bennys Pawn Shop in El Paso, Texas recognized CAMU as a prior customer. The employees informed ATF SA of his name and date of birth. Using various law enforcement databases, ATF SAs were able to locate CAMU's driver license, and the location of the vehicle CAMU entered when leaving the pawn shop. Officers of the Alamogordo Police Department were contacted to conduct surveillance on the last known location of the

vehicle. The vehicle was located at the subject premises, and CAMU was observed by Alamogordo Police Department Officers leaving the subject premises and entering the subject's vehicle. Alamogordo Police Department Officers conducted a traffic stop where CAMU was detained and transported to the Alamogordo Police Station.

Your Affiant queried CAMUs criminal history, and it was revealed that CAMU has been convicted of multiple felonies.

Based on the above, your Affiant believes that the firearms stolen from the FFL are in the subject premises or in the subject vehicle. ATF SA and Alamogordo Police Department Officers are currently maintaining surveillance on the subject premises and subject vehicle.

## CONCLUSION

Based on the facts contained in this affidavit, your affiant believes that probable cause exists that on or about January 9, 2026, Shawn CAMU, is believed to have violated the offense of 18 U.S.C. 922(g)(1) and 18 U.S.C. 922(u) and requests the Court issue the proposed search warrant.

*Matthew Ross*

Special Agent Matthew Ross

Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to me

this _10_ day of January 10, 2026

Damian Martinez

Honorable
United States Magistrate Judge